FILED
CLERK, U.S. DISTRICT COURT

MAR 28 2014

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> Ramon Castillo Martinez, <br><br> Defendant. | CR 04-0402-CAS-7 <br><br> ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation Supervised Release) Conditions of Release) |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A) (X) the appearance of defendant as required; and/or

(B) (X) the safety of any person or the community.

//
//

The court concludes:

A. (X) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

_unknown background information_
_unknown bail resources_
_immigration status_

(B) (X) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

_allegations of petition, new arrest for_
_illegal re-entry_

IT IS ORDERED that defendant be detained.

DATED: 3-28-2014

_____
JOHN E. MCDERMOTT
UNITED STATES MAGISTRATE JUDGE

2