O

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. CR04-402-CAS |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | FINAL REVOCATION OF |
| RAMON CASTILLO MARTINEZ, | ) | SUPERVISED RELEASE AND JUDGMENT |
| Defendant. | ) | |
| _____ | ) | |

On April 28, 2014, June 9, 2014 and July 18, 2014, this matter came before the Court on Petition on Probation and Supervised Release originally filed on October 11, 2013. Government counsel, Rob Villeza, the defendant and his appointed CJA attorney, Firdaus Dordi, were present. The U.S. Probation Officer, Jennifer Soliz, was also present.

The defendant admitted to the allegation, in violation of his supervised release, as stated in the Petition filed on October 11, 2013. The Court finds that the defendant is in violation of the terms and conditions of his supervised release imposed on June 6, 2005.

IT IS ORDERED AND ADJUDGED, upon the findings of the Court, the defendant is hereby committed to the custody of the Bureau of Prisons for a term of three (3) months, to run consecutive to the sentencing imposed in case number 13MJ001473-DCG, in the United States District Court, Western District of Texas, with no supervision to follow.

///

///

The Court strongly recommends to the Bureau of Prisons that defendant be designated to serve his remaining term of incarceration at one of the following facilities, in the order specified:

1) FCI Terminal Island;

2) FCI Lompoc; or

3) FCI Victorville.

The Court further recommends that in the event the Bureau of Prisons cannot designate defendant to one of the above-mentioned institutions or seeks to move defendant from one of the above-mentioned institutions, that it provide the Court with a written report indicating what efforts were made to facilitate the recommendation and why, despite those efforts, the recommendation could not be facilitated.

FILE/DATED: July 25, 2014

*Christina A. Snyder*

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

TERRY NAFISI, CLERK

By: ___/S/_____
Catherine M. Jeang, Deputy Clerk